UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

AF PORTFOLIO (BVI) III INC.,

             Plaintiff,

   -against-

OCTAVE-1 LTD., OCTAVE-1 FUND, LTD.,
OCTAGON ASSET MANAGEMENT, LLC,
OCTAGON INTERNATIONAL HOLDINGS, LLC,

             Defendants.

------------------------------------------------x

Case No.: 08 CIV 7682

RULE 7.1 DISCLOSURE

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for AF Portfolio BVI (III) Inc. (a private non-governmental party) certifies that plaintiff is a wholly owned indirect subsidiary of The Atlantic Finance Company Limited, a Bermuda corporation. No publicly traded corporation owns more than 10% of plaintiff's stock.

Dated: New York, New York
       September 2, 2008

                      SATTERLEE STEPHENS BURKE & BURKE LLP

                      By: _____
                           Thomas J. Cahill (TC-3490)
                           James Regan (JR-7926)
230 Park Avenue
New York, New York 10169
(212) 818-9200
*Attorneys for Plaintiff AF Portfolio (BVI) III Inc.*

745836_2